JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709

KRYSTLE S. MCMULLAN, DCBN 242319
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4839
Facsimile: (415) 744-0134
E-Mail: krystle.mcmullan@ssa.gov

Attorneys for the Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Olivia A. Williams,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:22-cv-00310-BNW<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THE ANSWER AND ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD**<br><br>**(FIRST REQUEST)** |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a 7-day extension of time to file Defendant's electronic Certified Administrative Record (CAR) and Answer to Plaintiff's Complaint. Defendant's CAR and Answer to Plaintiff's Complaint are due to be filed by June 21, 2022. Defendant conferred with counsel for Plaintiff, who confirmed on June 17, 2022, that there is no objection to this motion.

In good faith and for good cause, Defendant requests this extension because the Office of Appellate Operations (OAO) in Falls Church, Virginia, which is responsible for producing the CAR that must be filed with the Answer, completed CAR production and provided it to the Defendant, but Defendant has another Answer/eCAR filing and merits brief due on the same day as the Answer in this case. Defendant is requesting additional time, due to a conflict with the dates, to adequately review the CAR and file her Answer in this case. Therefore, Defendant requests a short extension of 7-days, making the new due date June 28, 2022. The undersigned affirms that opposing counsel does not object to the requested extension.

Dated: June 17, 2022

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ *Krystle S. McMullan*
KRYSTLE S. MCMULLAN
Special Assistant United States Attorney
Social Security Administration

IT IS SO ORDERED:

_____
HON. BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: __June 21, 2022_____

2

CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Unopposed Motion for extension (Answer and eCAR)** was filed with the Clerk of the Court on June 17, 2022, using the CM/ECF system, which will send notification of such filing to the following:

**Hal Taylor**
haltaylorlawyer@gbis.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 17, 2022

/s/ *Krystle S. McMullan*
KRYSTLE S. MCMULLAN
Special Assistant U.S. Attorney
Office of the General Counsel