JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
KRYSTLE S. MCMULLAN, DCBN 242319
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970–4839
Facsimile: (415) 744–0134
E-Mail: krystle.mcmullan@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OLIVIA WILLIAMS, | Case No.: 2:22-cv-00310-BNW |
| Plaintiff, | **MOTION FOR EXTENSION OF TIME TO FILE THE PAPER COPY OF THE CERTIFIED ADMINISTRATIVE RECORD** |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | (*SECOND REQUEST*) |
| Defendant. | |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a second extension of time to file the paper copy of the certified administrative record (CAR) in this case, which is currently due by July 12, 2022.

As previously explained to the Court, the Commissioner attempted to provide a paper copy of the CAR, but there were issues that caused shipping delays (Dkt. No. 13). Since then, the undersigned requested that the Office of Appellate Operations (OAO) in Falls Church, VA – which is responsible for the preparation of CARs for the agency – prepare another printing of the paper CAR since the previous one never arrived to the U.S. Attorney's Office (1Z19V39E0199810851). Yesterday, OAO informed the undersigned that there was a shortage of staff being unexpectedly out of the office, but they were able to re-print the paper CAR. However, OAO explained that the paper CAR is currently awaiting pickup by UPS as of today (1Z19V39E0198821663). Although Defendant expects that the paper CAR will arrive to the U.S. Attorney's Office this week, Defendant is requesting an additional 7 days to provide the paper CAR.

Accordingly, out of an abundance of caution, Defendant seeks an additional 7-day extension of time to provide the paper copy of the CAR. The Commissioner respectfully requests that the Court grant this motion and allow the Commissioner an additional week to provide the paper CAR by July 19, 2022.

Dated: July 12, 2022                    Respectfully submitted,

                                        JASON M. FRIERSON
                                        United States Attorney

                                        /s/ *Krystle S. McMullan*
                                        KRYSTLE S. MCMULLAN
                                        Special Assistant United States Attorney
                                        Social Security Administration



                                        IT IS SO ORDERED:

                                        _____
                                        U.S. MAGISTRATE JUDGE BRENDA WEKSLER

                                        DATED: July 13, 2022

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE THE PAPER COPY OF THE CERTIFIED ADMINISTRATIVE RECORD** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

    **Hal Taylor**
    haltaylorlawyer@gbis.com
    Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 12, 2022

                                    /s/ *Krystle S. McMullan*
                                    KRYSTLE S. MCMULLAN
                                    Special Assistant United States Attorney