Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| OLIVIA WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>ACTING COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>)<br>Defendant. )<br>) | CASE NO. 2:22-cv-00310-BNW<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S BRIEF, *NUNC PRO TUNC*** |

    Plaintiff, Olivia Williams, by her attorney, Hal Taylor, Esq., Of Counsel, Olinsky Law Group, hereby moves for a twenty-eight (28) extension of time to file Plaintiff's Opening Brief, nunc pro tunc. Plaintiff's opening brief was due to be filed by August 1, 2022.

    Due to an inter-office miscommunication stemming from a calendaring error made by staff in Counsel's office, Counsel's office inadvertently mis-calendared the filing deadline in this matter to be September 1, 2022, as opposed to the true filing deadline of August 1, 2022, as set forth in the Scheduling Order (Dkt. No. 16).  This scheduling error was discovered through an internal audit of Counsel's pending cases.  As soon as Counsel realized this error, staff in Counsel's office reached out to Counsel for the Commissioner who indicated they have no

1

objection to our request. Counsel for Plaintiff apologizes profusely for this oversight and for any confusion this may have caused.

    Wherefore, Plaintiff requests an extension from August 1, 2022 up to and including August 29, 2022 to file her brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who kindly has no objection to this request.

    Dated this August 25, 2022.

Respectfully submitted,

*/s/Hal Taylor*
Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
HalTaylorLawyer@GBIS.com

**Plaintiff's Certificate of Service:**

I certify that I caused the Motion for Extension of Time to be served today, August 25, 2022, by CMECF to Krystle S. McMullan, Esq. and Blaine T. Welsh, Esq., who are the filing users of the CM/ECF system.

*/s/Hal Taylor*
Hal Taylor, Esq.

**ORDER**
**IT IS SO ORDERED**

**DATED:** 11:15 am, August 29, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**